Dear Judge S. Lipman

I want this letter in the best of spirit. I've been following you in the paper about the health problems in the jail. The Medical Director is lying. First I want to say that I've been here since Sept. 16 2019 was putting sick calls in and didn't see the doctor until Dec 24, 2019 and still didn't get the meds I've been taking for 30 years and on the streets and in jail and they have it because I know people who get them. Then I fell in the shower Jan 8, 2020 and when to the Med and had x-ray and when I refuse to take tylenols DR Cabigao sent me back and said nothing was wrong with and I went to see DR. Webb on Jan 10, 2020 and he seen my side was swollen and gave me a RAP. March 10, 2020 had another x-ray they said nothing wrong. June 2, 2020 had another x-ray still statement nothing wrong. Then I got sick on July 23, 2020 throwing up with a fever 100.6 gave me IV and a pill called plutonic and while I was being seen I ask Nurse Walter to look at my side she took my hand and showed me a bone that was out of place and told me that I had a dislocated hip, so they was scared I had Covid-19 in put me in J pod which is isolation being in there you couldn't flush the toilet so you had too sit on top of your on L+2 if the officers didn't flush for you there are no buttons to flush. Mice, rats and roaches running all over the place. July 27 went for another x-ray and waiting results and Aug 10 seen Dr. Randolph said I had arthrist no meds. Had two more x-rays Aug 27, 28, 2020 and DR found that I had nerve damage step an ERK testing. I want too say that all this falling on Jan 8, 2020 on camera and I got more on paper.

Since that fall I ~~took~~ walk limping bad, side swollen and a bone out of place. I think the doctor are working together so all I'm asking you to come get me and take me to the doctor and if they say nothing is wrong I'll leave this alone. So Judge I've been walking with a dislocated hip for 9 months. I need help I feel so unable. Now I've been trying to get a tooth pulled since March 2020 and being I put in so many sickcall on May 16 2020 they call me around to the dentist office to tell me it might be another 3 month because of COVID-19 and Mrs. Doris Rarale Holt is aware because she told me too do a sickcall with her name on it and nothing happen still. What I'm I to do because this is cruel and ~~use~~ unusal punishment. Could you come get me and take me to the doctor or can we talk on the computer then I can tell you everything. I've did 2 grievance on my tooth and no results. Please Help Mr. Judge Sheryl Lipman please respond!!

Thank you
[signature]